

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00175-CV

In the **INTEREST OF A.J.P.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02469
Honorable Janet P. Littlejohn, Judge Presiding

Opinion by:     Luz Elena D. Chapa, Justice

Sitting:        Catherine Stone, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: July 16, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

Felicia T.[1] appeals the trial court's order terminating her parent-child relationship with A.J.P. Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief containing a professional evaluation of the record, demonstrating there are no arguable grounds to be advanced, and concluding the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.). Counsel sent Felicia T. copies of the brief and the motion to

---

[1] To protect the identity of the minor child, we refer to the mother and child by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2011); TEX. R. APP. P. 9.8.

withdraw, informed Felicia T. of her rights to review the appellate record and to file her own brief, and provided her the address and telephone number of this court, with instructions to contact this court if she wished to file any motions or a brief. *See In re R.R.*, 2003 WL 21157944, at \*4. Appellant did not file a pro se brief.

We have reviewed the record and the attorney's *Anders* brief, and we agree with counsel that the appeal is without merit. Accordingly, we grant the motion to withdraw and affirm the trial court's order.

Luz Elena D. Chapa, Justice